UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Blane D. Nordahl,

                    Plaintiff(s),　　　　　　　　08 Civ. 5565 (KMK) (LMS)

-against-　　　　　　　　　　　　　　　　　　ORDER OF REFERENCE
　　　　　　　　　　　　　　　　　　　　　　　TO A MAGISTRATE JUDGE
Francisco Rivera, Superintendent,

                    Defendant(s).

------------------------------------------------------------X

The above entitled action is referred to the Honorable Lisa M. Smith, United States Magistrate Judge for the following purpose(s):

_____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)　　　　_____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

_____ Specific Non-Dispositive Motion/Dispute:*　　　　_____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

　　　　　　　　　　　　　　　　　　　　　　　Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:　　　　✓ Habeas Corpus

_____ Social Security

_____ Settlement*　　　　_____ Dispositive Motion (i.e., motion requiring a Report and Recommendation

_____ Inquest After Default/Damages Hearing

　　　　　　　　　　　　　　　　　　　　　　　Particular Motion:_____

　　　　　　　　　　　　　　　　　　　　　　　All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: July 11, 2008

SO ORDERED

_____
Hon. Kenneth M. Karas
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____